# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0751
LT Case No. 2023-CF-89

———————————————

JAMES E. WATSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

Matthew J. Metz, Public Defender, and Ryan W. Belanger, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Robert Charles Lee, Assistant Attorney General, Tallahassee, for Appellee.

January 3, 2025

PER CURIAM.

    This is an *Anders*[1] appeal. We affirm, but remand for entry of an amended judgment and sentence which includes the cost of $150 for the fees and application for the public defender which was

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

orally pronounced but is not reflected in the current written judgment and sentence. *See Gulledge v. State*, 275 So. 3d 263 (Fla. 1st DCA 2019).

AFFIRMED; REMANDED with instructions.

EDWARDS, C.J., and LAMBERT and HARRIS, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---